**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**HAL D. HICKS, ET AL.,**

                **Petitioners,**

**-vs-**                                                                                                    **Case No. 6:06-cv-360-Orl-22KRS**

**UNITED STATES POSTAL SERVICE,**
**OFFICE OF INSPECTOR GENERAL,**

                **Respondent.**

_____

**ORDER**

This cause came on for consideration pursuant to a Motion to Quash Administrative Subpoenas and for Injunctive Relief (doc. no. 1) filed by Petitioners Hal D. Hicks and Hal D. Hicks Mail Transportation, Inc. Upon reviewing the motion to quash, the Court has determined that the petitioners complied with subsections (a)(1) & (2) of 12 U.S.C. § 3410. Hence, the Government authority, in this case the United States Postal Service, Office of Inspector General, is hereby **ORDERED** to file a sworn response to the motion to quash as it pertains to Hal D. Hicks and Hal D. Hicks Mail Transportation, Inc. on or before April 7, 2006, as provided by 12 U.S.C. § 3410(b).

It is further **ORDERED** that Suntrust Bank in Daytona Beach, FL, shall not produce documents pursuant to the subpoena with respect to open and closed accounts held in the name of Hal D. Hicks or Hal D. Hicks Mail Transportation, Inc., pending further order of the Court. Counsel for

the United States Postal Service shall promptly advise Suntrust Bank of the contents of this Order and provide it with a copy of this Order.

**DONE** and **ORDERED** in Orlando, Florida on March 30, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties